UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REINIER ROQUE SOTO (A-203-684-351),<br><br>          Petitioner,<br><br>   v.<br><br>WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>          Respondent. | No.  1:26-cv-0893 DAD CSK<br><br><br>ORDER |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Rule 1(b) of the Rules Governing Habeas Corpus Cases Under Section 2254 allows a district court to apply any or all of the rules to other types of habeas corpus petitions including § 2241 petitions.

On July 9, 2026, the district court granted petitioner's May 26, 2026 motion for temporary restraining order, ordered respondent to provide petitioner with a substantive bond hearing within ten days, declined to adopt the April 30, 2026 findings and recommendations, and referred the matter to the magistrate judge.  (ECF No. 31.)  Because petitioner is pro se, on or before July 27, 2026, respondent shall confirm that petitioner was provided a bond hearing as ordered by the district court.

///

1

On February 13, 2026, respondent filed and answer.  (ECF No. 8.)  Petitioner did not file a reply/traverse.  If additional briefing is needed to decide the petition on the merits, within ten days of the date of this order, petitioner shall file a reply/traverse.  If petitioner does not file a reply/traverse by this deadline, the petition will be deemed submitted on the record currently before the court without any additional briefing.  If petitioner files a reply/traverse, respondent may file a reply within seven days of the filing of petitioner's filing.

Accordingly, IT IS HEREBY ORDERED that:

1.  Given petitioner's pro se status, on or before July 27, 2026, respondent shall confirm that petitioner was provided a bond hearing as ordered by the district court.

2.  Petitioner's reply/traverse, if any, is due ten days from the date of this order.  If petitioner files a reply/traverse, respondent may file a supplemental reply within seven days after being served with the reply/traverse.

Dated:  July 10, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/soto0893.2241.imm.fb

2